# EXHIBIT 1

**CONSENTIMIENTO PARA UNIRSE A LA ACCION**
De conformidad con la Ley de Normas Laborales Justas, 29 U.S.C. § 216(b)

**Manuel Portillo, et al. v. Second Chance, Inc., et al.**

Nombre (escrito): _MANUEL PORTILLO_

1. Soy mayor de 18 años y soy competente para dar mi consentimiento en este asunto.

2. Doy mi consentimiento para perseguir mis reclamaciones por horas extras no pagadas y otros salarios que surjan del trabajo que realicé en cualquier momento desde junio de 2021 para:

    a. Second Chance, Inc.,
    b. Mark Foster,
    c. 300 Painting & Remodeling LLC, y
    d. José Javier Rivas Mendez (también conocido como "Jose Javier Mendez"),

    directamente y como empleadores conjuntos.

3. Entiendo que esta demanda se presenta bajo la Ley de Estándares Laborales Justos y la ley estatal de Maryland para recuperar los salarios de horas extras y otros salarios, daños adicionales, y honorarios y costos de abogados. Doy mi consentimiento y opto por convertirme en demandante en todas las demandas federales y estatales que están disponibles en esta acción. Acepto quedar obligado por cualquier juicio o arreglo de esta acción.

4. Designo al Centro de Justicia Pública y Werman Salas P.C. para que me representen y tomen decisiones en mi nombre con respecto al litigio y cualquier arreglo.

5. También consiento en participar en cualquier acción separada o subsiguiente para hacer valer mis reclamos contra Second Chance, Inc., Mark Foster, 300 Painting & Remodeling LLC, José Javier Rivas Mendez, y/o entidades relacionadas e individuos potencialmente responsables.

_Manuel Portillo_  _09/11/2024_
Firma                Fecha

<u>**CONSENTIMIENTO PARA UNIRSE A LA ACCION**</u>
**De conformidad con la Ley de Normas Laborales Justas, 29 U.S.C. § 216(b)**

**Manuel Portillo, et al. v. Second Chance, Inc., et al.**

Nombre (escrito): _Francis Betancourth._

1. Soy mayor de 18 años y soy competente para dar mi consentimiento en este asunto.

2. Doy mi consentimiento para perseguir mis reclamaciones por horas extras no pagadas y otros salarios que surjan del trabajo que realicé en cualquier momento desde junio de 2021 para:

    a. Second Chance, Inc.,
    b. Mark Foster,
    c. 300 Painting & Remodeling LLC, y
    d. José Javier Rivas Mendez (también conocido como "Jose Javier Mendez"),

    directamente y como empleadores conjuntos.

3. Entiendo que esta demanda se presenta bajo la Ley de Estándares Laborales Justos y la ley estatal de Maryland para recuperar los salarios de horas extras y otros salarios, daños adicionales, y honorarios y costos de abogados. Doy mi consentimiento y opto por convertirme en demandante en todas las demandas federales y estatales que están disponibles en esta acción. Acepto quedar obligado por cualquier juicio o arreglo de esta acción.

4. Designo al Centro de Justicia Pública y Werman Salas P.C. para que me representen y tomen decisiones en mi nombre con respecto al litigio y cualquier arreglo.

5. También consiento en participar en cualquier acción separada o subsiguiente para hacer valer mis reclamos contra Second Chance, Inc., Mark Foster, 300 Painting & Remodeling LLC, José Javier Rivas Mendez, y/o entidades relacionadas e individuos potencialmente responsables.

_[signature]_      09|11|2024.
Firma     Fecha