# EXHIBIT 2

**Donate Items (https://www.secondchanceinc.org/ways-to-give/donate-items/)**
**Donate a House (https://www.secondchanceinc.org/ways-to-give/donate-a-house/)**
**Volunteer (https://www.secondchanceinc.org/ways-to-give/donate-time/)**
**Contact (https://www.secondchanceinc.org/about-us/contact-us/)**

(https://www.facebook.com/SecondChanceInc/)   (https://www.instagram.com/secondchanceinc/)   (https://twitter.com/SecondChanceInc)   (https://www.pinterest.com/secondchanceinc/)

 (https://www.secondchanceinc.org/)

# EMPLOYMENT OPPORTUNITIES

Second Chance Inc. is almost always hiring!  We currently employ over 200 individuals in a variety of full and part-time administrative, retail and field labor roles. As we continue to expand and as trainees "graduate" to other jobs, we have opportunities to add new people to the team. If you would like to be considered for a current position or to have your information held in anticipation of a future opening, please observe the guidelines below rather than call us.



## CURRENT JOB OPENINGS

Second Chance is currently seeking qualified candidates for the following positions:

- Recruiter (https://www.secondchanceinc.org/wp-content/uploads/Recruiter-1.docx)

- Director of Business Development
- Administrative Support (https://www.secondchanceinc.org/wp-content/uploads/Admin-Support.pdf)
- Job Developer (Employment Specialist) (https://www.secondchanceinc.org/wp-content/uploads/Job-Developer-Recruiter-11.16.pdf)
- Inventory Manager (https://www.secondchanceinc.org/wp-content/uploads/Inventory-Manager.pdf)
- Manager – Logistics and Special Projects (https://www.secondchanceinc.org/wp-content/uploads/Manager-Logistics-Special-Projects.pdf)
- Donations Coordinator (https://www.secondchanceinc.org/wp-content/uploads/Donations-Coordinator-02.17.pdf)
- CFO/Controller (https://www.secondchanceinc.org/wp-content/uploads/CFO-Controller-Oct-2016-full-time.pdf)
- HR Generalist (https://www.secondchanceinc.org/wp-content/uploads/Job-Description-HR-Generalist.pdf)
- Director of Deconstruction (https://www.secondchanceinc.org/wp-content/uploads/AD-Director-Decon-03-16.pdf)
- Deconstruction Sales Associate – Consultative Inside Sales (https://www.secondchanceinc.org/wp-content/uploads/Decon-Sales-Assoc.pdf)
- Deconstruction Project Managers (https://www.secondchanceinc.org/wp-content/uploads/Deconstruction-Project-Manager-JD.pdf)
- Receiving Logistics Manager (https://www.secondchanceinc.org/wp-content/uploads/AD-Receiving-Logistics-Manager-03-16.pdf)
- Warehouse Operations Logistics Manager (https://www.secondchanceinc.org/wp-content/uploads/Warehouse-Operations-Logistics-Manager-2019.pdf)
- Assistant Warehouse Managers (https://www.secondchanceinc.org/wp-content/uploads/Assistant-Warehouse-Manager-Job-description.pdf)
- Antique/Vintage Pricer (https://www.secondchanceinc.org/wp-content/uploads/Antique-Vintage-Pricer.pdf)
- Visual Merchandiser (https://www.secondchanceinc.org/wp-content/uploads/Visual-Associate-rev-11-10-16.pdf)
- Manager – Wood Products, Doors & Windows (https://www.secondchanceinc.org/wp-content/uploads/Manager-Wood-Products-Doors-Windows.pdf)
- Deconstruction Crew Leader (https://www.secondchanceinc.org/wp-content/uploads/Deconstruction-Crew-Leader.pdf)
- Deconstruction Workers (https://www.secondchanceinc.org/wp-content/uploads/Deconstruction-Worker.pdf)
- Warehouse Associates (https://www.secondchanceinc.org/wp-content/uploads/Warehouse-Associate-Job-description.pdf)
- Donations Truck Driver (https://www.secondchanceinc.org/wp-content/uploads/Donations-Truck-Driver-Job-Description-2019.pdf)
- Sales Associates (https://www.secondchanceinc.org/wp-content/uploads/Sales-Associate-JD-2019.pdf)
- Cashiers
- Appraiser – Rugs, Art, High-End Goods
- Lead Warehouse Associate

Previously advertised jobs that are currently staffed, include:

- Transportation Supervisor (https://www.secondchanceinc.org/wp-content/uploads/Transportation-supervisor.pdf) {Job Filled}
- Bookkeeper/Administrative Support (https://www.secondchanceinc.org/wp-content/uploads/Bookeeper-Admin-Support.pdf) {Job Filled}
- Director of Development (https://www.secondchanceinc.org/wp-content/uploads/Development-Director-rev-Oct-2016.pdf) {Position Closed}
- Retail General Manager (https://www.secondchanceinc.org/wp-content/uploads/Retail-General-Manager-Oct-2016.pdf) {Job Filled}

If you or someone you know may be interested in one of these roles, please prepare a resume and/or complete this online application (https://www.secondchanceinc.org/about-us/employment-opportunities/application-for-employment/).

 (https://www.secondchanceinc.org/about-us/employment-opportunities/application-for-employment/)

Resumes can be sent to us via:

- email attachment = jobs@secondchanceinc.org (mailto:jobs@secondchanceinc.org)
- fax = 410-385-0435
- mail or drop off = 1700 Ridgely Street, Baltimore, MD 21230 (https://goo.gl/maps/FSJRxJJyETz)

A hiring representative will review your submission to determine if it may match a current opening. Please note that we do not personally respond to each inquiry due to the high volume of applications we receive. We keep resumes on file for up to a year in case a position opens for which you may be qualified. Thank you for your interest in contributing to the Second Chance mission (https://www.secondchanceinc.org/about-us/our-story/)!

No phone calls, please.  Second Chance Inc. is an Equal Opportunity Employer.

## DECONSTRUCTION JOB TRAINING PROGRAM

Second Chance offers a full-time, paid training program in which participants learn the sustainable trade of deconstruction (https://www.secondchanceinc.org/deconstruction/what-is-deconstruction/), along with other life and vocational skills. Many of these trainees have experienced significant barriers to employment-

-including a criminal background--but we think every person willing to work and grow deserves a "second chance!"  Read more about what the program involves here (https://www.secondchanceinc.org/job-training/job-training-program/).



We have partnered with organizations like the Mayor's Office of Employment Development (https://www.oedworks.com/) (MOED) in Baltimore to serve as sort of an "external staffing agency." This video (https://youtu.be/c5iqbqhcY8w) will give you a taste of our relationship. *All trainees come to us through MOED or another partner!* To be considered for this program, please call them at 410-396-3009, indicate your interest online via their website (https://www.oedworks.com/), or connect with one of these area Career Centers (https://www.oedworks.com/contactus/index.htm):

**Northwest One-Stop Career Center**
2401 Liberty Heights Ave.
Mondawmin Mall – Ste. 302
Baltimore, MD 21215
410-523-1060

**Eastside One-Stop Career Center**

3001 E. Madison St.

Baltimore, MD 21205

410-396-9030

**Baltimore Works One-Stop Career Center**

1100 N. Eutaw St.

Baltimore, MD 21201

410-767-2148

**Workforce Reception Center**

100 W. 23rd Street

Baltimore, MD 21218

410-396-6214

## ABOUT US

Our Story (https://www.secondchanceinc.org/about-us/our-story/)

News & Awards (https://www.secondchanceinc.org/about-us/news-awards/)

 – News & Awards (https://www.secondchanceinc.org/about-us/news-awards/)

 – Videos (https://www.secondchanceinc.org/category/video/)

Our Team (https://www.secondchanceinc.org/about-us/our-team/)

Our Partners & Supporters (https://www.secondchanceinc.org/about-us/our-partners-supporters/)

Ways to Give (https://www.secondchanceinc.org/ways-to-give/)

 – Why Give to Second Chance? (https://www.secondchanceinc.org/ways-to-give/why-give-to-second-chance/)

 – Donate Items (https://www.secondchanceinc.org/ways-to-give/donate-items/)

 – Donate a House (https://www.secondchanceinc.org/ways-to-give/donate-a-house/)

 – Donate Time (https://www.secondchanceinc.org/ways-to-give/donate-time/)

 – Donate Money (https://www.secondchanceinc.org/ways-to-give/donate-money/)

The Concept House (https://www.secondchanceinc.org/the-concept-house/)

Employment Opportunities (https://www.secondchanceinc.org/about-us/employment-opportunities/)

 – Application for Employment (https://www.secondchanceinc.org/about-us/employment-opportunities/application-for-employment/)

Contact Us (https://www.secondchanceinc.org/about-us/contact-us/)

Store Policies (https://www.secondchanceinc.org/store/store-policies/)

Facebook (https://www.facebook.com/sharer.php?u=https://www.secondchanceinc.org/about-us/employment-opportunities/&title=Employment+Opportunities)

Twitter (https://twitter.com/intent/tweet?url=https://www.secondchanceinc.org/about-us/employment-opportunities/&text=Employment+Opportunities)

Pinterest (http://pinterest.com/pin/create/bookmarklet/?media=&url=https://www.secondchanceinc.org/about-us/employment-opportunities/&description=Employment+Opportunities)

LinkedIn (https://www.linkedin.com/shareArticle?mini=true&url=https://www.secondchanceinc.org/about-us/employment-opportunities/&title=Employment+Opportunities)

Email (mailto:?body=https://www.secondchanceinc.org/about-us/employment-opportunities/)

## LOCATION/CONTACT

Our nonprofit operates out of a 250,000 square foot warehouse near the stadiums in South Baltimore. You can find directions here. (https://www.secondchanceinc.org/store/welcome/store-hours-directions/) The store is open for shopping (https://www.secondchanceinc.org/store/welcome/) and donating (https://www.secondchanceinc.org/ways-to-give/donate-items/) from 9 to 5 Thursday through Sunday. Please contact us (https://www.secondchanceinc.org/about-us/contact-us/) if we can be of any service. Together, we continue to create meaningful second chances for people, products and the planet!

## SITEMAP

About Us

Store

Deconstruction

Job Training

Ways to Give

## SIGN UP FOR OCCASIONAL UPDATES

Name

Email

**SUBMIT**

JOIN THE JOURNEY

(https://www.facebook.com/SecondChanceInc/) (https://www.instagram.com/secondchanceinc/)

(https://twitter.com/SecondChanceInc) (https://www.pinterest.com/secondchanceinc/)

(https://www.google.com/search?q=second+chance+inc&ie=utf-8&oe=utf-8&dlnr=1&sei=g3iEWafwIYKSmQHXoZeQCw#dlnr=1&lrd=0x89c803441507f179:0xf57854ce52952258,1,,,&spf=1

(https://www.youtube.com/channel/UCJ4JGUqJf_r0eMKfekqp95A)

(https://www.linkedin.com/company/second-chance-inc-/)

(https://www.yelp.com/biz/second-chance-baltimore-2)

(https://greatnonprofits.org/org/second-chance-inc-1)

© 2024 Second Chance. All Rights Reserved. | Privacy Policy (/secondchance/privacy-policy) | Terms and Conditions (/secondchance/terms-conditions) | Designed & Developed by Redstart Creative (https://www.redstartcreative.com)