# EXHIBIT 3

**Deconstruction Worker**

At Second Chance, we've made it our mission to provide **JOBS** and **ON-THE-JOB TRAINING** to people facing significant barriers to employment. We reclaim reusable furniture, appliances, and materials that otherwise would overflow our landfills and sell them in our 200,000 sq. ft. warehouse.  We have a wide variety of positions and offer **PROFESSIONAL AND PERSONAL DEVELOPMENT** workshops to support your career aspirations.  If you are serious about reclaiming control in your life and have an appreciation for reusable materials, talk to us.  **RETURNING CITIZENS, VETERANS, AND SILVER CITIZENS** are encouraged to apply.

Deconstruction workers use building and construction principles to systematically dismantle structures, primarily residential buildings.

**Tasks and Responsibilities:**
- Disassemble standing structures or structural material.
- Disassemble installed equipment, cabinetry.
- Disassemble flooring, structural woodwork, windows, and doors.
- Disassemble roofing materials, siding, and exterior finishes.
- Disassemble plumbing and electrical supplies, and other materials for salvage, reuse, and/or recycling.
- Collect and dispose of garbage and recyclables into the appropriate receptacles for salvage, reuse/and or recycling.
- Efficiently carry out all orders and duties assigned by the Crew Leader and/or Project Manager.
- Work in accordance with all safety regulations.

**Requirements:**
- Entry level position – no experience in deconstruction required.
- Physically capable of working an eight hour shift in a dusty environment.
- Able to effectively communicate and work in a team environment.
- Able to lift and move a great deal of material in a typical work day - capable of lifting 75 lbs. without too much strain and/or without injury.
- Able to use hand tools and power tools without strain or injury
- HS diploma, GED or currently pursuing either preferred, not required.  However, the active pursuit to obtain a GED may be a condition of employment.

**Performance Measures:**
1. Report on time to work on appointed work days and in the uniform provided by Second Chance
2. Learn and know the duties and responsibilities and effectively execute them
3. Display a sense of urgency in performing all duties
4. Perform all activities safely
5. Display a sense of engagement i.e. an interest in and willingness to do more than the minimum job responsibilities

This is an entry-level position; however, wage is commensurate with experience.