UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**George L. Russell, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

April 22, 2025

MEMORANDUM TO COUNSEL RE:   Portillo et al. v. Second Chance Inc., et al.
                             Civil Action No. GLR-24-2660

Dear Counsel:

Today, the Court convened a teleconference to discuss the schedule in this case. This memorandum memorializes the agreements reached during the call.

The Court will refer this case to a United States Magistrate Judge for a mediation to take place no earlier than October 1, 2025.

The Court approves the parties' requested changes to the Scheduling Order as stated in their joint status report (ECF No. 48).

The parties shall advise the Court in a future status report regarding the number of hours needed for depositions.

Expert discovery is deferred until after dispositive motions are resolved.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge