IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MANUEL PORTILLO** *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**SECOND CHANCE, INC.,** *et al*.<br><br>*Defendants*. | Case No.  1:24-CV-02660-GLR |

## ORDER

Having considered the Parties' Joint Status Report and Motion to Partially Vacate the Court's April 25, 2025 Order, it is hereby:

**ORDERED**, that the Parties' Joint Motion (ECF No. 53) is granted; and it is further

**ORDERED**,  that the Court's April 25, 2025, Order is partially vacated; and it is further

**ORDERED**, that the Parties shall file briefs supporting their proposed language concerning the effect of immigration status on FLSA claims to be included in the stipulated notice under 29 U.S.C. §216(b) (the "Notice") by May 9, 2025 – which shall not exceed 10 pages respectively; and it is further

**ORDERED**, that the deadlines in Paragraph 3 of the Parties' Initial Status Report and Motion to Modify the Scheduling Order (ECF No. 48) adopted by this Court on April 22, 2025 (ECF No. 49) regarding motions practice for conditional certification are stricken; and it is further

**ORDERED**, that the remaining deadlines under Paragraph 3 of the modified Scheduling Order regarding collective notice and pre-mediation discovery shall be reset and tolled until the Court enters its Order regarding the Parties' competing proposed language for the Notice.

**IT IS SO ORDERED.**

DATED: May 1, 2025                              _____/s/_____
                                                                        United States District Court
                                                                        Chief Judge George L. Russell III