IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MANUEL PORTILLO** *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **SECOND CHANCE, INC.**, *et al.* <br><br> *Defendants*. | **Case No. 1:24-CV-02660-GLR** |

## NOTICE OF FILING CONSENT TO BECOME AN OPT-IN PLAINTIFF

Plaintiffs hereby file the attached Consent to Become an Opt-in Plaintiff in the above-captioned action, for the following:

1. Manuel Gonzalez Vasquez

Dated: August 29, 2025       Respectfully submitted,

            */s/ Sally Abrahamson*
            Sally Abrahamson (Fed. Bar No. 20425)
            Anne Kramer (*pro hac vice*)
            **WERMAN SALAS P.C.**
            335 18th Pl NE
            Washington, D.C. 20002
            Tel: (312) 419-1008
            Fax: (312) 419-1025
            sabrahamson@flsalaw.com
            akramer@flsalaw.com

            *Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of August 2025, the foregoing was filed and served electronically via this Court's CM/ECF system to counsel of record.

                                                            */s/ Sally Abrahamson*
                                                            Sally Abrahamson

EN EL DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE MARYLAND

| | |
|---|---|
| **MANUEL PORTILLO, et al.**<br><br>Los demandantes, en su propio nombre y en el de otras personas de situación similar<br><br>v.<br><br>**SECOND CHANCE, INC., et al.**<br><br>Demandados | Civil Action No.: 1:24-cv-02660-GLR |

### CONSENTIMIENTO PARA CONVERTIRSE EN DEMANDANTE OPTATIVO

1. Doy mi consentimiento para convertirme en un demandante optativo en la acción mencionada anteriormente conforme con 29 U.S.C. § 216 (b).
2. Acepto ser representado/a conjuntamente por Public Justice Center y Werman Salas P.C.
3. Al unirme a esta demanda, designo a los demandantes nombrados en el caso en el que se presenta este consentimiento y sus abogados como mis representantes para tomar todas las decisiones en mi nombre, en la medida permitida por la ley, con respecto al método y la manera de conducir el caso, incluyendo, pero no limitado a cualquier arreglo del caso, el pago de honorarios de abogados y costos judiciales, y todos los demás materiales relacionados con esta demanda.
4. Entiendo que estaré obligado/a por la sentencia del Tribunal sobre todas las cuestiones de esta acción, incluida la equidad de cualquier acuerdo.

_____         Fecha  24-08-2025
Firma

Manuel Alfredo Concepcion Gonzalez Vasquez
Nombre

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MANUEL PORTILLO, et al.**<br><br>  Plaintiffs, on behalf of themselves and others similarly situated<br><br>    v.<br><br>**SECOND CHANCE, INC., et al.**<br><br>  Defendants. | **Civil Action No.: 1:24-cv-02660-GLR** |

## CONSENT TO BECOME AN OPT-IN PLAINTIFF

1. I consent to become an opt-in plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b).
2. I agree to be jointly represented by Public Justice Center and Werman Salas P.C.
3. By joining this lawsuit, I designate the named plaintiffs in the case in which this consent is filed and their attorneys as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including but not limited to settlement, the payment of attorneys' fees and court costs, and all other materials pertaining to this lawsuit.
4. I understand that I will be bound by the judgment of the Court on all issues in this action, including the fairness of any settlement.

_____          _____
Signature                                                                   Date


_____
Name

**Please print or type the following information.**
**The information below will not be part of the public record.  The information is necessary for your attorneys' files and potential settlement.**

***Note: This portion will NOT be filed with the Court***

Cell Phone Number: _____    Home Phone Number: _____

Address: _____

City: _____    State: _____    Zip Code: _____

Email: _____

# CERTIFICATE OF TRANSLATION

I, Lee Woo Kee, am competent to translate from English to Spanish, and I hereby certify that the attached document entitled **"CONSENT TO BECOME AN OPT-IN PLAINTIFF"** has been truly and accurately translated into Spanish. The Spanish translation of that document is entitled **"CONSENTIMIENTO PARA CONVERTIRSE EN DEMANDANTE OPTATIVO."**

_____    6/23/2025
Lee Woo Kee                        Date
Public Justice Center
201 N. Charles Street
Suite 1200
Baltimore, Maryland 21201
410.625.9409 ext. 246