

September 23, 2025

The Honorable Erin Aslan
United States Magistrate Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201
Via email to: MDD_EAchambers@mdd.uscourts.gov

Re:   *Portillo, et al. v. Second Chance, Inc., et al.*
      Civil No. GLR-24-2660

Dear Judge Aslan:

    Pursuant to ECF No. 55, the Parties jointly state as follows:

1. The Parties have a settlement conference before Judge Aslan scheduled for November 4, 2025. *See* ECF No. 55.

2. The Honorable Erin Aslan ordered Plaintiffs to submit a written settlement demand to Defendants no later than one month prior to the settlement conference and ordered Defendants to respond to that letter in writing within one week. *See* ECF No. 55.

3. The Parties agreed to exchange informal discovery necessary for Plaintiffs to make a meaningful written settlement demand and for Defendants to respond to Plaintiffs' written demand by September 29, 2025.

4. The Parties respectfully request an extension of the deadlines for Plaintiffs' demand letter to October 10, 2025, and for Defendants' response to October 17, 2025.

5. The parties believe these extensions will not hinder their ability to prepare properly for the November 4th settlement conference.

Respectfully submitted,

_/s/_
Amy Gellatly (Fed. Bar No. 31177)
Sam Williamson (Fed. Bar No. 20990)



Erin Aslan
U.S. Magistrate Judge

Dr. Khalilah M. Harris
*Executive Director*

Debra Gardner
*Legal Director*

*Attorneys*
Andrew J. Ashbrook*
Elizabeth Ashford
Sahar Atassi
Ejaz Baluch, Jr.
Levi Bradford
Angelea Aldana Dwyer
Amy Gellatly
Samantha Gowing
Matthew Hill
Carolyn Johnson
Ingrid Löfgren
Michelle Madaio
John Pollock
Maria Roumiantseva
Nicole Tortoriello
Albert Turner
Sam Williamson
Ashley Woolard

Amanda Insalaco, J.D.

Carolina Paul
*Managing Paralegal*

*Paralegals*
Omar Arar
Kelsey Carlson
Erin Conley
Naja Crockett
David Reische
Lee Woo Kee

Tamra Perkins, CPA
*Director of Finance & Administration*

Sabrina Harris
*Office & Operations Manager*

Rebecca Reynolds
*Administrative Coordinator*

Kathleen Gregory, CFRE
*Director of Development*

Erin Brock
*Development Manager*

Dan Gugliuzza
*Development Associate, Operations and Grants Compliance*

Robin McNulty
*Institutional Giving Manager*

*Admitted In New York only

201 N Charles Street,
Suite 1200
Baltimore, MD 21201

410.625.9409

www.publicjustice.org

**PUBLIC JUSTICE CENTER**
201 North Charles Street, Suite 1200
Baltimore, MD 21201
Tel: (410) 625-9409
Fax: (410) 625-9423
gellatlya@publicjustice.org
williamsons@publicjustice.org

Sally Abrahamson (Fed. Bar No. 20425)
Anne Kramer (pro hac vice)
**WERMAN SALAS P.C.**
705 8th Street SE, #100
Washington, D.C. 20003
Tel: (312) 419-1008
Fax: (312) 419-1025
sabrahamson@flsalaw.com
akramer@flsalaw.com

*Counsel for Plaintiffs*


_____*/s/*_____
Suzzanne W. Decker (Fed. Bar No. 24007)
Tyler M. Duckett-Oliver  (Fed. Bar No. 23196)
**MILES & STOCKBRIDGE P.C.**
100 Light Street
7th Floor
Baltimore, MD 21202
Tel: (410) 727-6464
Fax: (410) 385-3700
sdecker@milesstockbridge.com
tduckett@milesstockbridge.com
*Counsel for Defendants Second Chance, Inc. and Mark Stephen Foster*

_____*/s/*_____
Derek P. Roussillon (Fed. Bar No. 27861)
Matthew K. Graham (Fed. Bar No. 30933)
**MCNEES WALLACE & NURICK LLC**
8490 Progress Drive, Suite 225
Frederick, Maryland 21701
Tel: (301) 241-2015
droussillon@mcneeslaw.com
mgraham@mcneeslaw.com
*Counsel for Defendants, 300 Painting & Remodeling LLC and Jose Javier Rivas Mendez*