IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MANUEL PORTILLO *et al.*,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**SECOND CHANCE, INC. *et al.*,**<br><br>*Defendants*. | Case No. 1:24-CV-02660-EA |

## ORDER

After reviewing the Joint Motion to Approve Settlement (ECF No. _75_) filed by Named Plaintiffs Manuel Portillo and Francis Betancourth, along with Opt-in Plaintiffs Orlyn Cruz, Julio Elvir, Manuel Gonzalez, Mario Gutierrez, and Samir Irias (together with Named Plaintiffs, "Plaintiffs") together with Defendants Second Chance, Inc. ("Second Chance"); Mark Stephen Foster; 300 Painting & Remodeling LLC ("300"); and Jose Javier Rivas Mendez (collectively, "Defendants") (together with Plaintiffs, "the Parties"), it is my determination that the Parties' Settlement and Release Agreement (the "Agreement") was the product of arms-length bargaining, the Parties were adequately represented, and the Agreement represents a fair, reasonable, and just resolution of a bona fide dispute between the Parties. Accordingly, it is this _12th_ day of ___January___, 202_6_, hereby ORDERED that:

1. The Motion (ECF No. _75_) is GRANTED and the Court approves the terms of the Agreement;

2. The Court shall retain continuing jurisdiction to interpret and enforce the Agreement's terms and resolve any disputes arising out of the Agreement until all payments are made under Section II of the Agreement; and

3. Following full payment of all amounts due under the Agreement, including any attorneys' fees and costs pursuant to Section II(a)(ii) of the Agreement, the Parties shall notify the Court and shall file a joint stipulation of dismissal with prejudice of Plaintiffs' claims against Defendants in the above-captioned lawsuit.

_____
Erin Aslan
United States Magistrate Judge