IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MANUEL PORTILLO** *et al.*,<br><br>*Plaintiffs*<br><br>**v.**<br><br>**SECOND CHANCE, INC.** *et al.*,<br><br>*Defendants*. | Case No. 1:24-CV-02660-EA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Manuel Portillo, Francis Betancourth, Orlyn Cruz, Julio Elvir, Manuel Gonzalez, Mario Gutierrez, and Samir Irias and Defendants Second Chance, Inc., Mark Stephen Foster, 300 Painting & Remodeling LLC, and Jose Javier Rivas Mendez (collectively, the "Parties") through their undersigned counsel, that the above-captioned action is voluntarily dismissed **with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs – except as otherwise agreed pursuant to the Settlement between the Parties approved by the Court on or about January 12, 2026. *See* ECF 75 and ECF 76.

Dated: January 20, 2026

                                        Respectfully submitted,

                                         /s/ *Amy Gellatly*
                                        Amy Gellatly (Fed Bar No. 31177)
                                        Sam Williamson (Fed Bar No. 20990)
                                        The Public Justice Center
                                        201 North Charles Street, Suite 1200
                                        Baltimore, MD 21201
                                        Tel: (410) 625-9409

Fax: (410) 625-9423
gellatlya@publicjustice.org
williamsons@publicjustice.org

/s/ Sally Abrahamson
Sally Abrahamson (Fed Bar No. 20425)
Anne Kramer (*pro hac vice*)
Werman Salas P.C.
600 H St. NE, 4th Floor
Washington, DC 20001
Tel: (312) 419-1008
Fax: (312) 419-1025
sabrahamson@flsalaw.com
akramer@flsalaw.com

*Counsel for Plaintiffs*


/s/ Tyler M. Duckett-Oliver
Suzzanne W. Decker (Fed Bar No. 24007)
Tyler M. Duckett-Oliver (Fed Bar No. 23196)
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Tel: (410) 727-6464
Fax: (410) 385-3700
sdecker@milesstockbridge.com
tduckett@milesstockbridge.com

*Counsel for Defendants Second Chance, Inc. and Mark Stephen Foster*


/s/ Derek P. Roussillon
Derek P. Roussillon (Fed. Bar No. 27861)
Matthew K. Graham (Fed. Bar No. 30933)
McNees Wallace & Nurick LLC
8490 Progress Drive, Suite 225
Frederick, Maryland 21701
Tel: (301) 241-2015
droussillon@mcneeslaw.com
mgraham@mcneeslaw.com

*Counsel for Defendants 300 Painting & Remodeling LLC and Jose Javier Rivas Mendez*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of January 2026, the foregoing was filed and served electronically via this Court's CM/ECF system to counsel of record.


/s/ Tyler M. Duckett-Oliver
Tyler M. Duckett-Oliver